UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DINO RIKOS, TRACEY BURNS, and LEO JARZEMBROWSKI,  :  Case No. 1:11-cv-226
On Behalf of Themselves and All Others Similarly Situated,
    Plaintiffs,  :  Judge Timothy S. Black
vs.

PROCTER & GAMBLE COMPANY,
    Defendant.

## AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' Joint Motion to Continue Certain Pretrial Deadlines (Doc. 101). As it is a joint motion and for good cause shown, the motion is **GRANTED**. The Court hereby enters the following Amended Calendar Order:

| | |
|---|---|
| Motion for class certification: | **November 18, 2013** |
| Class certification memorandum contra: | **January 22, 2014** |
| Class certification reply memorandum: | **February 19, 2014** |
| Hearing on motion for class certification: | **March 4, 2014 at 11:00 a.m.** |
| Disclosure of lay witnesses: | **April 1, 2014** |
| Disclosure of primary expert witnesses: | **April 1, 2014** |
| Disclosure of rebuttal expert witnesses: | **April 30, 2014** |
| Discovery deadline: | **May 16, 2014** |
| Dispositive motion deadline: | **May 23, 2014** |
| Status conference by telephone parties shall call into 1-888-684-8852:[1] | **June 9, 2014 at 10:00 a.m.** |
| Final pretrial conference in Cincinnati Chambers, room 815: | **September 22, 2014 at 10:00 a.m.** |
| Jury Trial in Cincinnati: | **September 29, 2014 at 9:30 a.m.** |

**IT IS SO ORDERED**.

Date: 8/23/13

_Timothy S. Black_
Timothy S. Black
United States District Judge