# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DINO RIKOS, TRACEY BURNS, and LEO JARZEMBROWSKI, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br>      Plaintiffs,<br><br>    v.<br><br>THE PROCTER & GAMBLE COMPANY,<br>      Defendant. | Case No. 11-CV-00226-TSB<br><br><br>CLASS ACTION |

## NOTICE OF APPEARANCE OF COUNSEL
## ON BEHALF OF OBJECTOR ARIANNA GALLAGHER

To:    The Clerk of Court and all parties and attorneys of record:

    I am admitted or otherwise authorized to practice in this court. Please take notice of my appearance as counsel of record for objector Arianna Gallagher and class member per the objection filed on 03-16-185 [ ECF DOC 171 ]:

| | |
|---|---|
| Dated: March 16, 2018 | By: /s/ Simina Vourlis<br>Simina Vourlis, Attorney<br>The Law Office of Simina Vourlis<br>856 Pullman Way<br>Columbus, OH 43212<br>Email: svourlis@vourlislaw.com<br>Telephone: (614) 487-5900<br>Fax. (614-487-5901 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the March 16, 2018 and served by the same means on all counsel of record.

/s/ Simina Vourlis