AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| _____ | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❒  other:

.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

❒  decided by Judge _____ on motions for

Date:     4/30/18
     _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*