# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

DINO RIKOS, TRACEY BURNS,
and LEO JARZEMBROWSKI,
on Behalf of Themselves, All
Others Similarly Situated and
the General Public,

                              Case No. 11-CV-00226-TSB
                              CLASS ACTION

    Plaintiffs,

    v.

THE PROCTER & GAMBLE
COMPANY,

    Defendant.

## NOTICE OF APPEAL

                              **Patrick S. Sweeney, Pro Se**
                              2672 Mutchler Road
                              Madison, WI 54711
                              Phone: (424)-488-4383
                              Email:patrickshanesweeney@gmail.com

*2018 MAY 24 PM 12:58*

Notice is hereby given that Patrick S. Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Sixth Circuit from that certain Order Granting Defendant's Motion For Final Approval Of Class Action Settlement; Granting Plaintiffs' Motion For Final Approval Of Class Action Settlement And Request For Award Of Attorneys' Fees And Expenses; And Terminating This Case From the Docket (Document #179) and that certain Final Judgment (Document #180) both entered in this action On April 30, 2018.

Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: May 10, 2018

Respectfully Submitted,

Patrick S. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: (424)-488-4383
patrickshanesweeney@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2018 I caused to be filed this Notice of Appeal by having it mailed via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Southern District of Ohio at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

/ Patrick S. Sweeney, Pro Se