PAMELA SWEENEY, PRO SE
2672 MUTCHLER ROAD
MADISON, WI 53711

MAY 8, 2018

CLERK OF COURTS
USDC-SOUTHERN OHIO
POTTER STEWART COURTHOUSE
ROOM 103
100 EAST 5TH STREET
CINCINATTI, OHIO 45202

RIKOS v. PROCTER & GAMBLE
CASE NO. 11-CV-226 TSB

NOTICE OF APPEAL

DEAR CLERK:

PAMELA SWEENEY, PRO SE OBJECTOR HEREBY FILES HER NOTICE OF APPEAL, APPEALING THE FINAL JUDGMENTS OF COURT DATED APRIL 30 2018 (DOCUMENT #179 & #180). SHE HEREBY REQUESTS THE SIXTH CIRCUIT COURT OF APPEALS TO ENTER HER EMAIL ADDRESS AS THE PLACE TO PROVIDE HER WITH NOTICE OF ALL FILINGS IN THIS CASE AT THE SIXTH CIRCUIT.

EMAIL ADDRESS: pam.sweeney1@gmail.com

SINCERELY,
Pam Sweeney, Pro SE
PAMELA SWEENEY, PRO SE OBJECTOR/APPELLANT

PAM SWEENEY
2672 MUTCHLER RD
MADISON, WI 53711

MILWAUKEE WI 532
MILWAUKEE WI 530
14 MAY '18
14 MAY 2018 PM 2 L
PM 2 L

FITCHBURG
MAY
FOREVER

CLERK OF COURT
USDC - SOUTHERN OHIO
POTTER STEWART COURTHOUSE
ROOM 103
100 EAST 5TH STREET
CINCINATTI, OHIO 45202