## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

2018 MAY 30 PM 1: 13

| | |
|---|---|
| DINO RIKOS, on Behalf of Himself, all Others Similarly Situated and the General Public, ) ) ) ) Plaintiff, ) ) v. ) ) THE PROCTER & GAMBLE COMPANY, ) ) Defendant. ) | CASE NO. 1:11-cv-226 (Judge Timothy S. Black) |

## NOTICE OF APPEAL

Notice is hereby given that Christopher T. Cain hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order [Doc. 179] and Judgment [Doc. 180] entered in this action on the 30th day of April, 2018.

Respectfully submitted, this 29th day of May, 2018.

_____
Christopher T. Cain, Pro se
SCOTT & CAIN
Suite 601
550 Main Street
Knoxville, TN 37902
Tel: (865) 525-2150

# CERTIFICATE OF SERVICE

I, Christopher T. Cain, on May 29, 2018, mailed copies of the foregoing, postage pre-paid, via First Class U.S. Mail, to the following:

Timothy Blood
Thomas J. O'Reardon II
BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101

D. Jeffrey Ireland
Erin E. Rhinehart
FARUKI IRELAND COX
RHINEHART & DUSING P.L.L.
201 E. Fifth Street, Suite 1420
Cincinnati, OH 45202

Simina Vourlis
The Law Offices of Simina Vourlis
1689 W. 3rd Ave.
Columbus, OH 43212
svourlis@vourlislaw.com

Patrick S. Sweeney
1223 20th St.
Unit 101
Santa Monica, CA 90404

Adam Brunet
14561 Elysium Pl.
Apple Valley, MN 55124

Pamela Sweeney
2672 Mutchler Rd.
Madison, WI 53711

This 28th day of May, 2018.

_____
Christopher T. Cain

# FedEx Package US Airbill

**FedEx Tracking Number:** 8105 9247 4158
**Form ID No.:** 0200

## 1 From
Date: 5/7/18
Sender's Name: Don Daugherty  Phone: 865 805-0981
Company: Scott & Cain
Address: Ste 601 550 Main Street
City: Knoxville  State: TN  ZIP: 37902

## 2 Your Internal Billing Reference

## 3 To
Recipient's Name: Office of the Clerk
Company: U.S. District Court Southern District of Ohio
Address: Potter Stewart Courthouse Rm 103
Address: 100 East Fifth St.
City: Cincinnati  State: OH  ZIP: 45202

## 4 Express Package Service
[X] FedEx Priority Overnight

## 5 Packaging

## 6 Special Handling and Delivery Signature Options
[X] No (dangerous goods)

## 7 Payment
Bill to: Sender

8105 9247 4158