# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| DINO RIKOS, TRACEY BURNS, and LEO JARZEMBROWSKI, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br>　　　Plaintiffs,<br><br>　　v.<br><br>THE PROCTER & GAMBLE COMPANY,<br>　　　Defendant. | Case No. 11-cv-226<br><br>NOTICE OF APPEAL |

# NOTICE OF APPEAL

Notice is hereby given that Arianna Gallagher, hereby appeals to the Sixth Circuit from the Order Granting Granting Defendant's Motion for Final Approval of Class Action Settlement Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Request for Award of Attorneys' Fees and Expenses [DE 179] of the United States District Court, Southern District of Ohio Western Division, entered in this action on 4-30-18.

Dated: 5-30-18                                        By: /s/ Simina Vourlis

Simina Vourlis
Attorney for Appellant Kamala Bennett
The Law Office of Simina Vourlis
856 Pullman Way
Columbus OH 43212
(o) 614.487.5900
(f)614.487.5901
svourlis@vourlislaw.com
Simina Vourlis Attorney for Appellant
1689 W 3rd Ave
Columbus OH 43212
svourlis@vourlislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on 5-30-18 and served by the same means on all counsel of record.

/s/ Simina Vourlis
Simina Vourlis