Form 4.    **Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis**

# UNITED STATES COURT OF APPEALS FOR THE Sixth CIRCUIT

This form is available as a fillable version at:
*http://cdn.ca9.uscourts.gov/datastore/uploads/forms/Form4-IFP-Affidavit.pdf*.

**Instructions**: Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Case No. 11-226    Rikos, et al vs P&G

Appellant(s) or Petitioner(s): Pamela Sweeney

v.

Appellee(s) or Respondent(s): Rikos & P&G

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

Signed: Pamela Sweeney    Date: June 28th, 2018

My issues on appeal are:

The Attorney's fees are too high.
The Class should get more.

-1-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. *(Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.)*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-Employment | $ 1200.00 | $ 708.00 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment Payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-Assistance (such as welfare) FOOD SHARE | $ 640.00 | $ 0 | $ 640.00 | $ 0 |
| Other (specify) | $ 0 | $ 0 | $ 0 | $ 0 |
| **TOTAL MONTHLY INCOME:** | $ 1200.00 | $ | $ | $ |

+ 640.00 (foodshare)

2. List your employment history for the past two years, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| ~~[scribbled out]~~ | ~~[scribbled out]~~ | From: <br> To: | $ |
| Self-employed | 2672 Mutchler Road, Madison, Wisc. 53711 | From: July 2016 <br> To: July 2018 | $ No monthly pay but average for last twelve months is 1200.00 |
|  |  | From: <br> To: | $ The year before is the same. |
|  |  | From: <br> To: | $ |

3. List your spouse's employment history for the past two years, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| ~~Employer~~ Self Employed ↓ | 2672 Mutchler Road, Madison, Wisc. 53711 | From: July 2016 <br> To: July 2018 | $ No monthly pay but average for this last year is 708.00 |
|  |  | From: <br> To: | $ prior year average is 800.00 |
|  |  | From: <br> To: | $ |
|  |  | From: <br> To: | $ |

4. How much cash do you and your spouse have? $ 0

N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| | | $ | $ 0 |
| | | $ | $ 0 |
| | | $ | $ 0 |
| | | $ | $ 0 |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. *(Do not list clothing and ordinary household furnishing.)*

| Home | Value |
|---|---|
| | $ 0 |
| **Other Real Estate** | **Value** |
| | $ 0 |

| Motor Vehicle: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| | | | $ 0 |
| | | | $ 0 |

*Assets continued on next page*

| Other Assets | Value |
|---|---|
|  | $ 0 |
|  | $ 0 |
|  | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ 0 | $ 0 |
|  | $ 0 | $ 0 |
|  | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support. *(If a dependent is a minor, list only the initials and not the full name.)*

| Name | Relationship | Age |
|---|---|---|
| Erin Sweeney | daughter | 15 |
| Michael Sweeney | son | 15 |
|  |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. *(Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.)*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment *(include lot rented for mobile home)* <br> - Are real estate taxes included? ☐ Yes ☐ No <br> - Is property insurance included? ☐ Yes ☐ No | $ 800.00 | $ 800.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 140.00 | $ — |
| Home maintenance *(repairs and upkeep)* | $ 0 | $ — |
| Food | $ — | $ — |
| Clothing | $ ~~~~ | $ — |
| Laundry and dry-cleaning | $ — | $ — |
| Medical and dental expenses | $ — | $ — |
| Transportation *(not including motor vehicle payments)* | $ — | $ — |
| Recreation, entertainment, newspapers, magazines, etc. | $ 50.00 | $ — |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| - Homeowner's or renter's............................................... | $ — | $ — |
| - Life........................................................................... | $ — | $ — |
| - Health....................................................................... | $ — | $ — |
| - Motor Vehicle........................................................... | $ — | $ — |
| - Other: | $ — | $ — |
| Taxes *(not deducted from wages or included in mortgage payments)* <br> Specify: | $ — | $ — |
| Installment payments | | |
| - Motor Vehicle........................................................... | $ — | $ — |
| - Credit Card (Name): | $ — | $ — |
| - Department Store (Name): | $ — | $ — |
| - Motor Vehicle........................................................... | $ — | $ — |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ — | $ — |
| Regular expenses for the operation of business, profession, or farm *(attach detailed statement)* | $ 30.00 | $ 40.00 |
| Other *(specify)* | $ — | $ — |
| **Total Monthly Expenses:** | $ [illegible] | $ [illegible] |

$ 40.00

1070.00

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No

   *If yes, describe on an attached sheet.*

10. Have you spent--or will you be spending--any money for expenses or attorney fees in connection with this lawsuit?

    ☐ Yes   ☒ No

    *If yes, how much?* $ _____

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    Receive State Aid due to poverty — Food Share, Badger Care

12. State the city and state of your legal residence.

    City: MADISON   State: WI

    Your daytime phone number (ex., 4153558000): 414-468-4383

    Your age: 59   Your years of schooling: 18 years

    Last four digits of your Social Security Number (ex.,6789): 7686